# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENA KELLY, | ) |
|            Plaintiff, | )  NO. CV 09-6349-SS |
|       v. | )  **JUDGMENT** |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of the Social | ) |
| Security Administration, | ) |
|          Defendant. | ) |

    IT IS ADJUDGED the above-captioned action is dismissed with prejudice.

DATED: April 27, 2010.

                  _____/S/_____
                  SUZANNE H. SEGAL
                  UNITED STATES MAGISTRATE JUDGE